United States District Court

Eastern District of California

Gregory Ell Shehee,

     Plaintiff,

vs.

Brimhall, et al.,

     Defendants.

No. Civ. S 00-1545 DFL PAN P

Order

-oOo-

Good cause appearing, plaintiff's time to file and serve a pretrial statement is extended to May 17, 2005; defendants' pretrial statement is due two weeks thereafter. Pretrial conference will be held on the papers June 7, 2005.

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge