IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ELL SHEHEE,

    Plaintiff,                           No. CIV S-00-1545 DFL PAN P

   vs.

BRIMHALL, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that two defendants, both employees of the California Department of Corrections and Rehabilitation (CDCR), violated his constitutional rights by acting with deliberate indifference to serious medical needs arising from an injury to his right hand. Plaintiff also claims that another defendant, also a CDCR employee, retaliated against plaintiff for filing inmate grievances.

        On April 10, 2006, plaintiff filed a request for a court order requiring officials with the Los Angeles County Sheriff's Department to provide him with access to his legal materials. Plaintiff has not presented any evidence that he has requested such access from appropriate officials or that any such request has been unreasonably refused.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 10, 2006 request is
2  denied without prejudice.
3  DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
sheh1545.o